IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| RALPH & BEVERLY ESPOSITO, | CASE NO. 07-17421 PSH |
| | JUDGE PAMELA S. HOLLIS |
| Debtors | |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE PAMELA S. HOLLIS
BANKRUPTCY JUDGE

NOW COMES LOUIS W. LEVIT, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. LOUIS W. LEVIT was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on September 25, 2007. Thereafter, the Trustee was appointed and an order for relief under Chapter 7 was entered. The Trustee's case bond is included within the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor's discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of October 27, 2008 is as follows:

    a. RECEIPTS (See Exhibit C)    $    32,020.60

    b. DISBURSEMENTS (See Exhibit C)    $    0.00

    c. NET CASH available for distribution    $    32,020.60

    d. TRUSTEE/PROFESSIONAL COSTS
      1. Trustee compensation requested    $    3,952.06
      2. Trustee Expenses    $    40.20
      3. Compensation requested by attorney or other professionals for trustee    $    0.00

5. The Bar Date for filing unsecured claims expired on February 6, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims    $    0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims    $    3,992.26

    c. Allowed Chapter 11 Administrative Claims    $    0.00

    d. Allowed priority claims    $    0.00

    e. Allowed unsecured claims    $    87,945.68

7. Trustee proposes that unsecured creditors receive a distribution of 31.87% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9. A fee of $2,000.00 was paid to the Debtors' attorney for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: October 27, 2008                          RESPECTFULLY SUBMITTED,


                                                 By:/s/Louis W. Levit, Trustee
                                                    LOUIS W. LEVIT, Trustee
                                                    LOUIS W. LEVIT, P. C,
                                                    555 Skokie Blvd
                                                    SUITE 500
                                                    Northbrook, IL  60062
                                                    Telephone # (847) 897-5710
                                                    Bar Number:  1641107

# EXHIBIT A

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

  A.  The Trustee analyzed the Debtors' interests in certain life insurance policies (the "Property"); the Trustee issued a demand letter for the recovery of the equity in the Property; the Trustee pursued and recovered proceeds for the Property; and the Trustee verified the full recovery amounts of the Property against the exemptions claimed;

  B.  The Trustee prepared semi-annual reports to the United States Trustee's Office;

  C.  The Trustee managed the Estate's cash on hand. This included investing the Estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

  D.  The Trustee examined the Debtors' records in an effort to identify additional assets available to the Estate for liquidation and to verify the disposition of assets;

  E.  The Trustee addressed tax issues for the Estate;

  F.  The Trustee reviewed the claims filed in this case.

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-17421 JDS  
Case Name: ESPOSITO, RALPH & BEVERLY  
Trustee: (330450) LOUIS W. LEVIT  
Filed (f) or Converted (c): 09/25/07 (f)  
§341(a) Meeting Date: 02/06/08  
Period Ending: 10/26/08  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank accounts | 1,018.89 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,000.00 | 400.00 | | | FA |
| 3 | Misc. books, cds and videos | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 1,000.00 | 0.00 | | | FA |
| 5 | Misc. jewelry | 1,300.00 | 0.00 | | 0.00 | FA |
| 6 | Term life insurance | 0.00 | 0.00 | | | FA |
| 7 | Life insurance with Horace Mann | 8,388.21 | 8,388.21 | | 8,388.21 | FA |
| 8 | Life Insurance with John Hancock | 12,652.61 | 12,652.61 | | 12,652.61 | FA |
| 9 | Life Insurance with John Hancock | 3,773.29 | 517.18 | | 577.18 | FA |
| 10 | Life Insurance with John Hancock | 10,383.46 | 10,383.46 | | 10,383.46 | FA |
| 11 | Pension with employer | 0.00 | 0.00 | | | FA |
| 12 | 3701 N. Oak Park Ave., Chicago, IL | 492,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2214 W. Dickens, Chicago, IL | 360,000.00 | 0.00 | | | FA |
| 14 | 1996 Lincoln Towncar | 4,935.00 | 0.00 | | 0.00 | FA |
| 15 | 1994 Chevy Impala | 4,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 19.14 | Unknown |
| 16 | Assets  Totals (Excluding unknown values) | $900,651.46 | $32,341.46 | | $32,020.60 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-17421 JDS
**Case Name:** ESPOSITO, RALPH & BEVERLY
**Period Ending:** 10/26/08

**Trustee:** (330450)   LOUIS W. LEVIT
**Filed (f) or Converted (c):** 09/25/07 (f)
**§341(a) Meeting Date:** 02/06/08
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
Trustee has reviewed insurance policies; Trustee demanded turnover of policies

**Initial Projected Date Of Final Report (TFR):** July 31, 2008   **Current Projected Date Of Final Report (TFR):** July 31, 2008

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-17421 JDS | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | ESPOSITO, RALPH & BEVERLY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***_*****27-65 - Money Market Account |
| Taxpayer ID #: | 13-7599783 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/26/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/06/08 | {7} | Ralph & Beverly Esposito | | 1129-000 | 8,388.21 | | 8,388.21 |
| 05/06/08 | {8} | Ralph & Beverly Esposito | | 1129-000 | 12,652.61 | | 21,040.82 |
| 05/06/08 | {10} | Ralph & Beverly Esposito | | 1129-000 | 10,383.46 | | 31,424.28 |
| 05/06/08 | {9} | Ralph & Beverly Esposito | | 1129-000 | 577.18 | | 32,001.46 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.02 | | 32,004.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.06 | | 32,008.54 |
| 07/25/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -1.13 | 32,009.67 |
| 07/25/08 | | Bank | reversal of back-up withholding | 2810-000 | | -1.13 | 32,010.80 |
| 07/25/08 | | Bank | Reverse double posting of reversal | 2810-000 | | 1.13 | 32,009.67 |
| 07/25/08 | | JP Morgan Chase | Reverse back-up withholding | 2810-000 | | 1.13 | 32,008.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.06 | | 32,012.60 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.80 | | 32,016.40 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.20 | | 32,020.60 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 32,020.60 | 0.00 | $32,020.60 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 32,020.60 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $32,020.60 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-17421 JDS
**Case Name:** ESPOSITO, RALPH & BEVERLY

**Taxpayer ID #:** 13-7599783
**Period Ending:** 10/26/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****27-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****27-65 | 32,020.60 | 0.00 | 32,020.60 |
|  | $32,020.60 | $0.00 | $32,020.60 |

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| RALPH & BEVERLY ESPOSITO, | CASE NO. 06-13205 PSH |
| | JUDGE PAMELA S. HOLLIS |
| Debtors | |

## PROPOSED DISTRIBUTION REPORT

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review, I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 3,992.06 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 28,028.34 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 32,020.60 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                 **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | 3,992.06 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | LOUIS W. LEVIT, *Trustee Fees* | 3,952.06 | 3,952.06 |
| | LOUIS W. LEVIT, *Trustee Expenses* | 40.20 | 40.20 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                    **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                      **PAGE 4**

|  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | 87,945.68 | 31.87% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | Saint Joseph Hospital | 1,790.20 | 570.54 |
| 2 | Nordstorm FSB | 273.42 | 87.14 |
| 3 | Discover Bank/DFS Services LLC | 15,338.66 | 4,888.44 |
| 4 | Discover Bank/DFS Services LLC | 7,525.83 | 2,398.48 |
| 5 | Recovery Management Systems Corporation | 3,188.97 | 1,016.33 |
| 6 | Recovery Management Systems Corporation | 12,774.83 | 4,071.34 |

**EXHIBIT D**

**DISTRIBUTION REPORT**             **PAGE 5**

| | | | |
|---|---|---:|---:|
| 7 | Chase Bank USA | 7,005.03 | 2,232.51 |
| 8 | Chase Bank USA | 4,054.83 | 1,292.28 |
| 9 | Chase Bank USA | 10,008.52 | 3,189.72 |
| 10 | American Express Centurion Bank | 551.95 | 175.91 |
| 11 | LVNV Funding LLC its successors and assigns as | 7,812.84 | 2,489.96 |
| 12 | LVNV Funding LLC its successors and assigns as | 3,056.19 | 974.01 |
| 13 | eCAST Settlement Corporation | 204.37 | 65.13 |
| 14 | FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS | 5,582.98 | 1,779.30 |
| 15 | National City | 8,777.06 | 2,797.25 |
| | | TOTAL $ | 28,028.34 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 6**

| | | | |
|---|---|---|---|
| §726(a)(5) - Interest | | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **18.** **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | 0.00 | 0.00% |
| **CLAIM NUMBER  CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
LOUIS W. LEVIT, Trustee

**EXHIBIT D**