# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| **RALPH & BEVERLY ESPOSITO,** | CASE NO. 07-17421 PSH |
| | JUDGE PAMELA S. HOLLIS |
| **Debtors** | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To:  Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
   219 S. Dearborn St., Courtroom 644
   Chicago, IL 60604

   on:  **January 13, 2009**    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---:|
   | a. | Receipts | $ 32,020.60 |
   | b. | Disbursements | $ 0.00 |
   | c. | Net Cash Available for Distribution | $ 32,020.60 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
   |---|---:|---:|---:|
   | Louis W. Levit, Trustee | 0.00 | $3,952.06 | $40.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

   Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $87,945.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 31.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Saint Joseph Hospital | $ 1,790.20 | $ 570.54 |
| 2 | Nordstorm FSB | $ 273.42 | $ 87.14 |
| 3 | Discover Bank/DFS Services LLC | $ 15,338.66 | $ 4,888.44 |
| 4 | Discover Bank/DFS Services LLC | $ 7,525.83 | $ 2,398.48 |
| 5 | Recovery Management Systems Corporation | $ 3,188.97 | $ 1,016.33 |
| 6 | Recovery Management Systems Corporation | $ 12,774.83 | $ 4,071.34 |
| 7 | Chase Bank USA | $ 7,005.03 | $ 2,232.51 |
| 8 | Chase Bank USA | $ 4,054.83 | $ 1,292.28 |
| 9 | Chase Bank USA | $ 10,008.52 | $ 3,189.72 |
| 10 | American Express Centurion Bank | $ 551.95 | $ 175.91 |
| 11 | LVNV Funding LLC its successors and assigns as | $ 7,812.84 | $ 2,489.96 |
| 12 | LVNV Funding LLC its successors and assigns as | $ 3,056.19 | $ 974.01 |
| 13 | eCAST Settlement Corporation | $ 204.37 | $ 65.13 |
| 14 | FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS | $ 5,582.98 | $ 1,779.30 |
| 15 | National City | $ 8,777.06 | $ 2,797.25 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated:  **December 8, 2008**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  LOUIS W.  LEVIT
Address:  LOUIS W. LEVIT, P. C,
555 Skokie Blvd
SUITE 500
Northbrook, IL  60062
Phone No.:  (847) 897-5710

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 08, 2008
Case: 07-17421                Form ID: pdf002              Total Served: 51


The following entities were served by first class mail on Dec 10, 2008.
db          +Ralph Esposito,    3701 N. Oak Park Ave,    Chicago, IL 60634-2396
jdb         +Beverly Esposito,    3701 N. Oak Park Ave,    Chicago, IL 60634-2396
aty          Richard M Norton,    Chicago, IL   60604
aty         +Terrance S Leeders,    Leeders & Associates, Ltd,    20 E Jackson Blvd,    Suite 850,
              Chicago, IL 60604-2293
tr          +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
11630383    +Advocate Massonic Medical Center,    600 W Jackson Blvd,    suite 400,    Chicago, IL 60661-5675
11630384    +American Express,    General Counsels Office,    3200 Commerce Pwy   Md 19-01-06,
              Merrimar, FL 33025-3907
11811440     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11630385     Bank of America,    Nc4-105-03-14,    4161 Peidmont Pwy,    Greensboro, NC 27420
11630386   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court:   Cach Llc,    370 17th St Ste 5000,    Denver, CO 80202)
11630387    +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
11630389    +Chase,    Attn: Credit Bureau Updates,    Po Box 15919,    Wilmington, DE 19850-5919
11630388    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11755742     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11630390    +Citi Financial Mortgage,    Po Box 140069,    Irving, TX 75014-0069
11630391    +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
11630392    +Citibank / Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
11630393    +Citibank Usa,    Attn: Bankruptcy Dept,    Po Box 20487,    Kansas City, MO 64195-0487
11630394    +Countrywide Home Lending,    Attn: Litigation Intake, MS;AC-11B,    5220 Las Virgenes Rd,
              Calabasas, CA 91302-1064
11886908     FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS,    TSYS DEBT MGMT., INC.,    PO BOX 137,
              COLUMBUS, GA   31902-0137
11630396     GM Card,    P.O. Box 88000,    Baltimore, MD 21288-3000
11630398    +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
11630399    +Hsbc/rs,    Po Box 15522,    Wilmington, DE 19850-5522
11630400    +Illinois Bone & Joint,    135 S. LaSalle St., Dept 1052,    Chicago, IL 60674-0001
11630401    +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
11630402    +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11630403    +LipoScience,    2500 Summer Blvd.,    Raleigh, NC 27616-3235
11630404    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11630405    +Michael D. Fine,    131 S. Dearborn St.,    5th Fl,    Chicago, IL 60603-5517
11930878    +National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
11630406    +Natl City Credit Card Services,    1 Ncc Parkway,    Kalamazoo, MI 49009-8003
11630408    +Penncro Associates,    95 James Way, Suite 113,    Southhampton, PA 18966-3837
11630409    +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
11630410    +Resurrection Medical Center,    3204 N. Oak Park Avenue,    Chicago, IL 60634-4640
11630411    +Richard A. Snow,    Attorney at Law,    100 N. LaSalle Rm 510,    Chicago, IL 60602-2448
11630412    +Rogers & Hol,    Po Box 879,    Matteson, IL 60443-0879
11702426    +Saint Joseph Hospital,    c/o James T. Gately,    8233 W. 185th Street,
              Tinley Park, IL 60487-9220
11630413     Union Plus,    PO Box 4155,    Carol Stream, IL 60197-4155
11630414    +Unvl/citi,    Citi Corp Credit Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
11630415    +Washington Mutual,    Attn: Default Cash Processing,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
11630416    +Weltman Weinberg & Reis,    Lakeside Place,    323 W. Lakeside Ave. Ste. 200,
              Cleveland, OH 44113-1009
11841969    +eCAST Settlement Corporation,    Assignee of Household Bank (Bon Ton),    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083

The following entities were served by electronic transmission on Dec 09, 2008.
11744387     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2008 02:00:47
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11630395    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2008 02:00:47      Discover Financial,
              Po Box 3025,    New Albany, OH 43054-3025
11630397    +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2008 02:00:05      Home Depot,    PO Box 103072,
              Roswell, GA 30076-9072
11816440     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11731886    +E-mail/PDF: bnc@nordstrom.com Dec 09 2008 02:00:40      Nordstorm FSB,    P.O. Box 6566,
              Englewood, CO 80155-6566
11731884    +E-mail/PDF: bnc@nordstrom.com Dec 09 2008 02:00:40      Nordstrom FSB,    P.O.Box 6566,
              Englewood, CO 80155-6566
11630407    +E-mail/PDF: bnc@nordstrom.com Dec 09 2008 02:00:40      Nordstrom FSB,    Recovery Dept,
              Po Box 6566,    Englewood, CO 80155-6566
11699205     E-mail/PDF: rmscedi@recoverycorp.com Dec 09 2008 02:00:51
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11749521    +E-mail/PDF: rmscedi@recoverycorp.com Dec 09 2008 02:00:52
              Recovery Management Systems Corporation,    For YESSG I,    As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Dec 08, 2008
Case: 07-17421                Form ID: pdf002          Total Served: 51

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2008**                    **Signature:**    *Joseph Speetjens*