**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: ESPOSITO, RALPH & BEVERLY | § | Case No. 07-17421 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　LOUIS W. LEVIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $43,800.00 |
| Total Distribution to Claimants: $28,043.33 | Claims Discharged Without Payment: $148,307.87 |
| Total Expenses of Administration: $3,992.26 | |

　　　3) Total gross receipts of $ 32,035.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $32,035.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $837,390.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,992.26 | 3,992.26 | 3,992.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 172,212.60 | 87,945.68 | 87,945.68 | 28,043.33 |
| **TOTAL DISBURSEMENTS** | $1,009,602.60 | $91,937.94 | $91,937.94 | $32,035.59 |

    4) This case was originally filed under Chapter 7 on September 25, 2007.
. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2009     By: /s/LOUIS W. LEVIT
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Life insurance with Horace Mann | 1129-000 | 8,388.21 |
| Life Insurance with John Hancock | 1129-000 | 12,652.61 |
| Life Insurance with John Hancock | 1129-000 | 577.18 |
| Life Insurance with John Hancock | 1129-000 | 10,383.46 |
| Interest Income | 1270-000 | 34.13 |
| **TOTAL GROSS RECEIPTS** | | **$32,035.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Lending | 4110-000 | 368,255.00 | N/A | N/A | 0.00 |
| Countrywide Home Lending | 4110-000 | 347,546.00 | N/A | N/A | 0.00 |
| Washington Mutual | 4110-000 | 118,546.00 | N/A | N/A | 0.00 |
| Rogers & Hol | 4210-000 | 1,289.00 | N/A | N/A | 0.00 |
| Rogers & Hol | 4210-000 | 1,754.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $837,390.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Louis W. Levit, Trustee | 2100-000 | N/A | 3,952.06 | 3,952.06 | 3,952.06 |
| Louis W. Levit, Trustee | 2200-000 | N/A | 40.20 | 40.20 | 40.20 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -1.13 | -1.13 | -1.13 |
| JP Morgan Chase Bank | 2810-000 | N/A | 1.13 | 1.13 | 1.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,992.26 | 3,992.26 | 3,992.26 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Saint Joseph Hospital | 7100-000 | 1,790.00 | 1,790.20 | 1,790.20 | 570.84 |
| Nordstorm FSB | 7100-000 | 273.00 | 273.42 | 273.42 | 87.19 |
| Discover Bank/DFS Services LLC | 7100-000 | 15,338.00 | 15,338.66 | 15,338.66 | 4,891.05 |
| Discover Bank/DFS Services LLC | 7100-000 | 7,525.00 | 7,525.83 | 7,525.83 | 2,399.77 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 3,188.97 | 3,188.97 | 1,016.87 |
| Recovery Management Systems Corporation | 7100-000 | 12,296.08 | 12,774.83 | 12,774.83 | 4,073.52 |
| Chase Bank USA | 7100-000 | 7,005.00 | 7,005.03 | 7,005.03 | 2,233.70 |
| Chase Bank USA | 7100-000 | 4,054.00 | 4,054.83 | 4,054.83 | 1,292.97 |
| Chase Bank USA | 7100-000 | 10,008.00 | 10,008.52 | 10,008.52 | 3,191.43 |
| American Express Centurion | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Bank | 7100-000 | 500.00 | 551.95 | 551.95 | 176.00 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | 7,566.00 | 7,812.84 | 7,812.84 | 2,491.29 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | 3,056.00 | 3,056.19 | 3,056.19 | 974.53 |
| eCAST Settlement Corporation | 7100-000 | 171.00 | 204.37 | 204.37 | 65.17 |
| FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS | 7100-000 | 5,583.00 | 5,582.98 | 5,582.98 | 1,780.25 |
| National City | 7100-000 | 8,642.00 | 8,777.06 | 8,777.06 | 2,798.75 |
| Home Depot | 7100-000 | 718.52 | N/A | N/A | 0.00 |
| HSBC/rc | 7100-000 | 356.00 | N/A | N/A | 0.00 |
| Citibank | 7100-000 | 4,267.00 | N/A | N/A | 0.00 |
| Citi Financial Mortgage | 7100-000 | 20,126.00 | N/A | N/A | 0.00 |
| Cach LLC (for Fleet Bank) | 7100-000 | 15,762.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| IL Bone & Joint | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| IL Collect. Serv. for Resurrect. Med. Ctr. | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| IL Collection for W. Suburb Med Ctr | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| Union Plus | 7100-000 | 2,954.00 | N/A | N/A | 0.00 |
| Unvl/citi | 7100-000 | 3,077.00 | N/A | N/A | 0.00 |
| Ressurection Medical Center | 7100-000 | 2,127.00 | N/A | N/A | 0.00 |
| Peoples Gas | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| KCA Fin'l Serv. for Chicago Imaging Assoc. | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Lipo Science | 7100-000 | 343.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 7,171.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 8,058.00 | N/A | N/A | 0.00 |
| Advocate Masonic Medical Center | 7100-000 | 617.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 172,212.60 | 87,945.68 | 87,945.68 | 28,043.33 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-17421  
**Case Name:** ESPOSITO, RALPH & BEVERLY  

**Trustee:** (330450) LOUIS W. LEVIT  
**Filed (f) or Converted (c):** 09/25/07 (f)  
**§341(a) Meeting Date:**  

**Period Ending:** 09/15/09  
**Claims Bar Date:** 02/06/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank accounts | 1,018.89 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. books, cds and videos | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. jewelry | 1,300.00 | 0.00 | | 0.00 | FA |
| 6 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Life insurance with Horace Mann | 8,388.21 | 8,388.21 | | 8,388.21 | FA |
| 8 | Life Insurance with John Hancock | 12,652.61 | 12,652.61 | | 12,652.61 | FA |
| 9 | Life Insurance with John Hancock | 3,773.29 | 0.00 | | 577.18 | FA |
| 10 | Life Insurance with John Hancock | 10,383.46 | 10,383.46 | | 10,383.46 | FA |
| 11 | Pension with employer | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 3701 N. Oak Park Ave., Chicago, IL | 492,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2214 W. Dickens, Chicago, IL | 360,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1996 Lincoln Towncar | 4,935.00 | 0.00 | | 0.00 | FA |
| 15 | 1994 Chevy Impala | 4,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 34.13 | Unknown |
| 16 | Assets    Totals (Excluding unknown values) | **$900,651.46** | **$31,424.28** | | **$32,035.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has reviewed insurance policies; Trustee demanded turnover of policies

**Initial Projected Date Of Final Report (TFR):**    July 31, 2008          **Current Projected Date Of Final Report (TFR):**    July 31, 2008

Printed: 09/15/2009 09:52 PM    V.11.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-17421  
**Case Name:** ESPOSITO, RALPH & BEVERLY  

**Taxpayer ID #:** 13-7599783  
**Period Ending:** 09/15/09  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****27-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/08 | {7} | Ralph & Beverly Esposito | | 1129-000 | 8,388.21 | | 8,388.21 |
| 05/06/08 | {8} | Ralph & Beverly Esposito | | 1129-000 | 12,652.61 | | 21,040.82 |
| 05/06/08 | {10} | Ralph & Beverly Esposito | | 1129-000 | 10,383.46 | | 31,424.28 |
| 05/06/08 | {9} | Ralph & Beverly Esposito | | 1129-000 | 577.18 | | 32,001.46 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.02 | | 32,004.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.06 | | 32,008.54 |
| 06/30/08 | | JP Morgan Chase Bank | Tax Refund Credit | 2810-000 | | 1.13 | 32,007.41 |
| 07/25/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -1.13 | 32,008.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.06 | | 32,012.60 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 3.80 | | 32,016.40 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 4.20 | | 32,020.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 3.49 | | 32,024.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 2.51 | | 32,026.60 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 2.27 | | 32,028.87 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.30 | | 32,030.17 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.21 | | 32,031.38 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.39 | | 32,032.77 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.30 | | 32,034.07 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.26 | | 32,035.33 |
| 06/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.26 | | 32,035.59 |
| 06/05/09 | | To Account #********2766 | TO CLOSE FOR FINAL DISTRIBUTION | 9999-000 | | 32,035.59 | 0.00 |

|  | ACCOUNT TOTALS | 32,035.59 | 32,035.59 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 32,035.59 | |
|  | **Subtotal** | **32,035.59** | **0.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$32,035.59** | **$0.00** | |

{} Asset reference(s)                                             Printed: 09/15/2009 09:52 PM    V.11.52

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-17421  
**Case Name:** ESPOSITO, RALPH & BEVERLY  

**Taxpayer ID #:** 13-7599783  
**Period Ending:** 09/15/09  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****27-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #********2765 | TO CLOSE FOR FINAL DISTRIBUTION | 9999-000 | 32,035.59 | | 32,035.59 |
| 06/06/09 | 101 | Saint Joseph Hospital | Dividend paid 31.88% on $1,790.20; Claim# 1; Filed: $1,790.20; Reference: | 7100-000 | | 570.84 | 31,464.75 |
| 06/06/09 | 102 | Nordstrom FSB | Dividend paid 31.88% on $273.42; Claim# 2; Filed: $273.42; Reference: | 7100-000 | | 87.19 | 31,377.56 |
| 06/06/09 | 103 | Discover Bank/DFS Services LLC | Dividend paid 31.88% on $15,338.66; Claim# 3; Filed: $15,338.66; Reference: | 7100-000 | | 4,891.05 | 26,486.51 |
| 06/06/09 | 104 | Discover Bank/DFS Services LLC | Dividend paid 31.88% on $7,525.83; Claim# 4-2; Filed: $7,525.83; Reference: | 7100-000 | | 2,399.77 | 24,086.74 |
| 06/06/09 | 105 | Recovery Management Systems Corporation | Dividend paid 31.88% on $3,188.97; Claim# 5; Filed: $3,188.97; Reference: | 7100-000 | | 1,016.87 | 23,069.87 |
| 06/06/09 | 106 | Recovery Management Systems Corporation | Dividend paid 31.88% on $12,774.83; Claim# 6; Filed: $12,774.83; Reference: | 7100-000 | | 4,073.52 | 18,996.35 |
| 06/06/09 | 107 | Chase Bank USA | Dividend paid 31.88% on $7,005.03; Claim# 7; Filed: $7,005.03; Reference: | 7100-000 | | 2,233.70 | 16,762.65 |
| 06/06/09 | 108 | Chase Bank USA | Dividend paid 31.88% on $4,054.83; Claim# 8; Filed: $4,054.83; Reference: | 7100-000 | | 1,292.97 | 15,469.68 |
| 06/06/09 | 109 | Chase Bank USA | Dividend paid 31.88% on $10,008.52; Claim# 9; Filed: $10,008.52; Reference: | 7100-000 | | 3,191.43 | 12,278.25 |
| 06/06/09 | 110 | American Express Centurion Bank | Dividend paid 31.88% on $551.95; Claim# 10; Filed: $551.95; Reference: | 7100-000 | | 176.00 | 12,102.25 |
| 06/06/09 | 111 | LVNV Funding LLC its successors and assigns as | Dividend paid 31.88% on $7,812.84; Claim# 11; Filed: $7,812.84; Reference: | 7100-000 | | 2,491.29 | 9,610.96 |
| 06/06/09 | 112 | LVNV Funding LLC its successors and assigns as | Dividend paid 31.88% on $3,056.19; Claim# 12; Filed: $3,056.19; Reference: | 7100-000 | | 974.53 | 8,636.43 |
| 06/06/09 | 113 | eCAST Settlement Corporation | Dividend paid 31.88% on $204.37; Claim# 13; Filed: $204.37; Reference: | 7100-000 | | 65.17 | 8,571.26 |
| 06/06/09 | 114 | FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS | Dividend paid 31.88% on $5,582.98; Claim# 14; Filed: $5,582.98; Reference: | 7100-000 | | 1,780.25 | 6,791.01 |
| 06/06/09 | 115 | National City | Dividend paid 31.88% on $8,777.06; Claim# 15; Filed: $8,777.06; Reference: | 7100-000 | | 2,798.75 | 3,992.26 |
| 06/06/09 | 116 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,992.26 | 0.00 |
| | | | Dividend paid 100.00% on $3,952.06; Claim# ; Filed: $3,952.06          3,952.06 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $40.20; Claim# ;          40.20 | 2200-000 | | | 0.00 |

Subtotals : $32,035.59   $32,035.59

{} Asset reference(s)

Printed: 09/15/2009 09:52 PM   V.11.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-17421  
**Case Name:** ESPOSITO, RALPH & BEVERLY  

**Taxpayer ID #:** 13-7599783  
**Period Ending:** 09/15/09  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****27-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $40.20 |  |  |  |  |
|  |  |  | **ACCOUNT TOTALS** |  | 32,035.59 | 32,035.59 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 32,035.59 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 32,035.59 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $32,035.59 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****27-65** | 32,035.59 | 0.00 | 0.00 |
| **Checking # ***-*****27-66** | 0.00 | 32,035.59 | 0.00 |
|  | $32,035.59 | $32,035.59 | $0.00 |

{} Asset reference(s)   Printed: 09/15/2009 09:52 PM   V.11.52